AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>75 Crescent Drive,<br>Conway, New Hampshire 03818<br>("TARGET PREMISES") | )<br>)<br>)   Case No. 25-mj- 202-01-AJ<br>)<br>)<br>) |

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A to McBrearty Affidavit.

located in the _____ District of New Hampshire , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachments B & D to McBrearty Affidavit.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(9) | Possession of firearms by a prohibited person |

The application is based on these facts:
See McBrearty Affidavit (Attached).

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ Kendall McBrearty
*Applicant's signature*

Kendall McBrearty, FBI Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone *(specify reliable electronic means)*.

Date: **Sep 11, 2025**

*Judge's signature* (Andrea K. Johnstone)

City and state: Concord, New Hampshire     Hon. Andrea K. Johnstone, United States Magistrate Judge
*Printed name and title*